**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 21-cr-003-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| DAVID RODGERS (01) | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Suppress (Record Document 35) is **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 20th day of October, 2021.

_Donald E Walter_
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE